UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-MJ-1050-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | O R D E R |
| vs. | ) | |
| | ) | |
| **Jeri Marie Smith** | ) | |

Jeri Marie Smith appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, at Wilmington, North Carolina, on April 14, 2010, and upon a plea of guilty to Driving on State Suspension, 18 U.S.C. § 13, N.C.G.S. 20-28(a), and Resist, Obstruct, and Delay, 18 U.S.C. § 13, N.C.G.S. 14-223, was placed on supervision for a period of 12 months.

The defendant absconded from supervision on or about March 1, 2011. On April 11, 2011, a Motion for Revocation was filed charging the defendant with absconding supervision and failure to pay a monetary obligation, and an arrest warrant was issued. The warrant was executed by the U.S. Marshal on February 27, 2012, and the defendant appeared before the Honorable M. Hannah Lauck, in the Eastern District of Virginia. The court ordered the defendant released pending the revocation hearing in the Eastern District of North Carolina.

On March 1, 2012, the defendant submitted the balance of the court indebtedness. Given that the defendant has satisfied all conditions of the original probation judgment, it now appears that the ends of justice are best served by withdrawing the Motion for Revocation filed on April 11, 2011, and terminating further proceedings in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation filed April 11, 2011, is hereby withdrawn, and supervision terminated in this case.

This the ___2nd___ day of March, 2012.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge